UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID T. RECIGNO,<br><br>*Plaintiff*,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC<br><br>*Defendant*. | Civil Action No. 2:26-cv-01509 |

## NOTICE OF REMOVAL

Defendant BMW Financial Services NA, LLC ("BMW"), by and through its counsel, Husch Blackwell LLP, hereby gives notice of the removal of this action from the Court of Common Pleas Montgomery County, Pennsylvania, pursuant to 28 U.S.C. § 1331, § 1441, and § 1446.

1. On or about February 17, 2026, Plaintiff David T. Recigno ("Plaintiff") commenced this action by filing a Complaint in the Court of Common Pleas of Montgomery County, Pennsylvania, Docket No. 2026-01613. This matter is captioned *David T. Recigno v. BMW Financial Services NA, LLC*. True and correct copies of the following documents are attached hereto as Exhibit A: the docket sheet, Summons, Complaint, and all remaining documents.

2. BMW was served with the Complaint on February 17, 2026.

3. BMW is filing this notice within thirty (30) days of receipt of the Complaint as allowed by 28 U.S.C. § 1446(b).

4. Plaintiff asserts claims against BMW under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.* arising from its alleged inaccurate credit reporting.

5. Pursuant to 28 U.S.C. § 1331, the United States District Courts "have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff's claims are governed by the FCRA, which is a federal law enacted by Congress.

7. Based on the foregoing, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 because it arises under federal law.

8. Pursuant to 28 U.S.C. § 1441(a), this case is appropriately removable to federal court.

9. Since the Complaint was originally filed in the Court of Common Pleas of Montgomery County, Pennsylvania, venue is proper in the United States District Court for the Eastern District of Pennsylvania.

10. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be filed with the Court of Common Pleas of Montgomery County, Pennsylvania, simultaneously with the filing in this Court.

11. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be served upon the *pro se* Plaintiff.

12. This Notice of Removal is filed subject to and without waiver of any rights BMW may have with respect to Plaintiff's claims.

**WHEREFORE**, BMW respectfully requests that this matter be removed from the Court of Common Pleas of Montgomery County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

-3-

                **HUSCH BLACKWELL LLP**

                */s/ Laura Conroy*
                Laura Conroy, Esq.
                1801 Pennsylvania Avenue, NW
                Suite 1000
                Washington, D.C. 20006-3606
                Tel: (202) 378-5388
                Laura.Conroy@huschblackwell.com
                *Attorneys for Defendant*

Dated: March 9, 2026

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this day, I electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all CM/ECF registered users and I hereby certify that I have mailed by United States Postal Service the document to the following:

David T. Recigno
1117 Herkness Drive
Meadowbrook, PA 19046
*Pro Se Plaintiff*

Dated: March 9, 2026

*/s/ Laura K. Conroy*
Laura K. Conroy
